IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WILLIAM WRIGHT, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:25-CV-00037 (WLS) |
| AUTO OWNERS INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

Defendant Auto-Owners Insurance Company moves for a protective order. (Doc. 11.) Because Plaintiff Wright doesn't join in the Motion, he must respond before the Court grants it. So the Court **ORDERS** Wright to respond to Auto-Owner's Motion for Protective Order (Doc. 17) no later than **Monday, August 18, 2025**.

**SO ORDERED**, this 11th day of August 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1