# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| **WILLIAM WRIGHT** | ) | **Case No. 7:25-CV-00037 (WLS)** |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **AUTO-OWNERS INSURANCE COMPANY,** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |

## ORDER ENTERING DISMISSAL

The Court, having considered the Parties' Stipulation of Dismissal With Prejudice filed in the above case, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby DISMISSES THIS ACTION WITH PREJUDICE.

SO ORDERED this 26th day of February, 2026.

_W. Louis Sands_

W. Louis Sands, Sr. Judge
United States District Court

**Prepared by:**

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

/s/ Abigail C. H. Finch
Jessica M. Phillips, Esq.

Georgia Bar No. 922902
Abigail Finch
Georgia Bar No. 598293
***Attorneys for Defendant***
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF: (404) 874-8800
Jessica.Phillips@swiftcurrie.com
Abigail.Finch@swiftcurrie.com

4938-8839-6689, v. 1