IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIAM WRIGHT,                              *

             Plaintiff,                *

v.                                              Case No. 7:25-cv-37 (WLS)

                               *

AUTO-OWNERS INSURANCE COMPANY,

                               *

             Defendant.

                               *

**J U D G M E N T**

Pursuant to this Court's Order dated February 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of February, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk